

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

May 31, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1000

Re: <u>*Tristant v. Blue Bottle Coffee, LLC.*</u> (No. 1:22-cv-03184)

Dear Judge Schofield:

     This firm represents Defendant Blue Bottle Coffee, LLC.  We write with the consent of Plaintiff's counsel  to request that the Court set June 13, 2022 as the deadline in which Defendant Blue Bottle Coffee, LLC may answer, move or otherwise respond to the Complaint. Defendant Blue Bottle Coffee, LLC makes this request because it needs additional time to investigate Plaintiff's claims. This is Defendant's first request for an extension of the deadline and no other deadlines will be impacted by this request. We thank the Court for its consideration of this request.

                        Respectfully submitted,

                        /s/ Eli Freedberg

                        Eli Z. Freedberg

Application **GRANTED**.  By **June 13, 2022**, Defendant shall answer or otherwise respond to the complaint.

Dated:  June 1, 2022
         New York, New York

                        L<small>ORNA</small> G. S<small>CHOFIELD</small>
                      U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>