

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298


Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

June 7, 2022

Application **GRANTED in part**.  By **June 22, 2022**, the parties shall file the joint letter and case management plan.  (*See* Dkt. No. 6.)  Following that filing, the Court either will reschedule or waive the initial pre-trial conference.

Dated:  June 9, 2022
            New York, New York

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1000

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re: *Tristant v. Blue Bottle Coffee, LLC.* (No. 1:22-cv-03184)

Dear Judge Schofield:

      This firm represents Defendant Blue Bottle Coffee, LLC.  We write to request that the Court adjourn the initial conference currently scheduled for June 29, 2022 at 4:10 p.m.  Defendant makes this request because it has a mediation conference scheduled before Judge Henry in the Eastern District of New York that same day and time.  Plaintiff's counsel consent to this request and both parties are available on June 27th, June 28th and July 11th.  No other deadlines will be impacted by this request. We thank the Court for its consideration of this request.

      Respectfully submitted,

      /s/ Eli Freedberg

      Eli Z. Freedberg